CHARLES F. MORSE *et al.*

*v.*

THE PACIFIC RAILWAY COMPANY *et al.*

*Opinion filed June 19, 1901—Rehearing denied October 10, 1901.*

This case is controlled by the decision in *Morse* v. *Pacific Railway Co.* (*ante*, p. 356).

*Morse* v. *Gillette*, 93 Ill. App. 23, affirmed.

APPEAL from the Appellate Court for the First District;—heard in that court on appeal from the Circuit Court of Cook county; the Hon. ELBRIDGE HANECY, Judge, presiding.

WALKER & PAYNE, for appellants.

FOLLANSBEE & FOLLANSBEE, and HOWARD F. GILLETTE, for appellees.

Per CURIAM: The question involved in this case is the same as the question decided in the case of *Morse* v. *Pacific Railway Co.* (*ante*, p. 356.) The decision in that case governs and controls the decision in this case. Accordingly, the judgment of the Appellate Court will be affirmed.

*Judgment affirmed.*